UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Maureen Dempsey, Heinz E. Schlenkermann, and Chris Shelton, individually, and as representatives of plan participants and plan beneficiaries of the Verizon Management Pension Plan and the Verizon Pension Plan for Associates,<br><br>Plaintiffs,<br><br>v.<br><br>Verizon Communications Inc.; Verizon Employee Benefits Committee, as Plan Administrator; Verizon California Inc., as Plan Sponsor of the Verizon Pension Plan for Associates; Verizon Corporate Services Group Inc., as Plan Sponsor of the Verizon Management Pension Plan; and State Street Global Advisors Trust Co.<br><br>Defendants. | Case No. 1:24-cv-10004-AKH<br><br>*motion & seal granted*<br>*4-7-25*<br>*[signature]* |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants Verizon Communications Inc., Verizon Employee Benefits Committee, Verizon California Inc., and Verizon Corporate Services Group Inc.'s (the "Verizon Defendants") Motion to File Documents Under Seal and all other pleadings and proceedings in this Action, the Verizon Defendants, by and through their counsel, will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date and time to be determined by the Court, for an Order directing that Exhibits B, C, and D included with the Verizon Defendants' Motion to Dismiss be filed and maintained under seal. The basis for this motion is set forth in the accompanying Memorandum of Law.

Dated: April 4, 2025                                 Respectfully submitted,

/s/ Lelia A. Ledain
Lelia A. Ledain
Celin Carlo-Gonzalez
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 841-1000
lledain@cov.com
ccarlogonzalez@cov.com

Robert Newman* (*Pro Hac Vice* forthcoming)
Christian J. Pistilli* (*Pro Hac Vice* forthcoming)
Nicholas R. Pastan* (*Pro Hac Vice* forthcoming)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
cpistilli@cov.com
rnewman@cov.com
npastan@cov.com

*Counsel for Defendants Verizon Communications Inc. Verizon Employee Benefits Committee; Verizon California Inc.; Verizon Corporate Services Group Inc.*