UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAUREEN DEMPSEY, HEINZ E. SCHLENKERMANN, CHRIS SHELTON, and DIANA VARGAS, individually, and as representatives of plan participants and plan beneficiaries of the Verizon Management Pension Plan and the Verizon Pension Plan for Associates,<br><br>*Plaintiffs*,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.; VERIZON EMPLOYEE BENEFITS COMMITTEE, as Plan Administrator; VERIZON CALIFORNIA INC., as Plan Sponsor of the Verizon Pension Plan for Associates; VERIZON CORPORATE SERVICES GROUP INC., as Plan Sponsor of the Verizon Management Pension Plan, and STATE STREET GLOBAL ADVISORS TRUST CO.,<br><br>*Defendants*. | Case No. 1:24-cv-10004-AKH<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF STATE STREET GLOBAL ADVISORS TRUST COMPANY'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that Defendant State Street Global Advisors Trust Company ("SSGA Trust Co."), by and through its undersigned counsel, will move this Court, on a date and time to be determined by the Court, for an Order dismissing with prejudice the First Amended Class Action Complaint (the "Amended Complaint") due to lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).  Specifically, the Amended Complaint should be dismissed in its entirety because (i) Plaintiffs lack standing, (ii) Plaintiffs fail to state breach of fiduciary duty claims against SSGA Trust Co. (Count II), (iii) Plaintiffs fail to state a claim based on nonfiduciary

1

liability (Count III), and (iv) Plaintiffs fail to plead a non-exempt prohibited transaction under ERISA (Counts V, VI, VII & VIII). In support of its Motion, SSGA Trust Co. relies on the Memorandum in Support of Its Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, the Declaration of Jaime A. Santos in Support of State Street Global Advisors Trust Company's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, and the exhibits attached thereto, filed concurrently herewith. SSGA Trust Co. further joins and relies upon the arguments set forth in the memorandum supporting the motion to dismiss of Defendants Verizon Communications, Inc., Verizon Employee Benefit Committee, Verizon California, Inc., and Verizon Corporate Services Group Inc.

Dated: May 30, 2025

Jaime A. Santos, *pro hac vice*
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4000
Fax: (202) 346-4444
JSantos@goodwinlaw.com

Respectfully submitted,

/s/ *James O Fleckner*
James O. Fleckner, *pro hac vice*
Alison V. Douglass, *pro hac vice*
Jesse Lempel, *pro hac vice*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
JFleckner@goodwinlaw.com
ADouglass@goodwinlaw.com
JLempel@goodwinlaw.com

Samuel J. Rubin
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Tel.: 212-813-8852
Fax: 646-558-4141
SRubin@goodwinlaw.com

*Counsel for State Street Global Advisors Trust Company*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on May 30, 2025, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices and caused copies of the aforementioned document to be served via first class mail, postage prepaid upon any non-CM/ECF participants.

                                                                /s/ *James O. Fleckner*