UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Maureen Dempsey, Heinz E. Schlenkermann, Chris Shelton, and Diana Vargas, individually, and as representatives of plan participants and plan beneficiaries of the Verizon Management Pension Plan and the Verizon Pension Plan for Associates,<br><br>                  Plaintiffs,<br><br>     v.<br><br>Verizon Communications Inc.; Verizon Employee Benefits Committee, as Plan Administrator; Verizon California Inc., as Plan Sponsor of the Verizon Pension Plan for Associates; Verizon Corporate Services Group Inc., as Plan Sponsor of the Verizon Management Pension Plan; and State Street Global Advisors Trust Co.<br><br>                  Defendants. | Case No. 1:24-cv-10004-AKH<br><br>**So ordered.**<br><br>**/s/ Alvin K. Hellerstein, U.S.D.J.**<br>**5/30/2025** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants Verizon Communications Inc., Verizon Employee Benefits Committee, Verizon California Inc., and Verizon Corporate Services Group Inc.'s (the "Verizon Defendants") Motion to File Documents Under Seal and all other pleadings and proceedings in this Action, the Verizon Defendants, by and through their counsel, will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date and time to be determined by the Court, for an Order directing that Exhibits B, C, and D included with the Verizon Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint be filed and maintained under seal. The basis for this motion is set forth in the accompanying Memorandum of Law.

Dated: May 30, 2025                     Respectfully submitted,


                                        /s/ Robert Newman
                                        Robert Newman* (*Pro Hac Vice*)
                                        Christian J. Pistilli* (*Pro Hac Vice*)
                                        Nicholas R. Pastan* (*Pro Hac Vice*)
                                        COVINGTON & BURLING LLP
                                        850 Tenth Street NW
                                        Washington, DC 20001
                                        Telephone: (202) 662-6000
                                        cpistilli@cov.com
                                        rnewman@cov.com
                                        npastan@cov.com

                                        Lelia A. Ledain
                                        Celin Carlo-Gonzalez
                                        COVINGTON & BURLING LLP
                                        The New York Times Building
                                        620 Eighth Avenue
                                        New York, New York 10018-1405
                                        Telephone: (212) 841-1000
                                        lledain@cov.com
                                        ccarlogonzalez@cov.com


                                        *Counsel for Defendants Verizon Communications Inc. Verizon Employee Benefits Committee; Verizon California Inc.; Verizon Corporate Services Group Inc.*