UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
MAUREEN DEMPSEY, HEINZ E. SCHLENKERMANN, CHRIS SHELTON AND DIANA VARGAS, INDIVIDUALLY, AND AS REPRESENTATIVES OF PLAN PARTICIPANTS AND PLAN BENEFICIARIES OF THE VERIZON MANAGEMENT PENSION PLAN AND THE VERIZON PENSION PLAN FOR ASSOCIATES,

                      Plaintiffs,

-against-

VERIZON COMMUNICATIONS, INC., VERIZON EMPLOYEE BENEFITS COMMITTEE, AS PLAN ADMINISTRATOR; VERIZON CALIFORNIA INC., AS PLAN SPONSOR OF THE VERIZON PENSION PLAN FOR ASSOCIATES; VERIZON CORPORATE SERVICES GROUP INC., AS PLAN SPONSOR OF THE VERIZON MANAGEMENT PENSION PLAN, AND STATE STREET GLOBAL ADVISORS TRUST CO.,

                      Defendants.
------------------------------------------------------------ X

**ORDER SCHEDULING ORAL ARGUMENT**

24 Civ. 10004 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The parties are hereby ordered to appear for oral argument on the pending motions to dismiss the amended complaint on December 2, 2025 at 10:30 a.m. in Courtroom 14D, 500 Pearl St., New York NY.

SO ORDERED.

Dated:    November __, 2025
             New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge