UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
MAUREEN DEMPSEY, HEINZ E. SCHLENKERMANN, CHRIS SHELTON AND DIANA VARGAS, INDIVIDUALLY, AND AS REPRESENTATIVES OF PLAN PARTICIPANTS AND PLAN BENEFICIARIES OF THE VERIZON MANAGEMENT PENSION PLAN AND THE VERIZON PENSION PLAN FOR ASSOCIATES,

                                Plaintiffs,

-against-                            24 **CIVIL** 10004 (AKH)

**JUDGMENT**

VERIZON COMMUNICATIONS, INC., VERIZON EMPLOYEE BENEFITS COMMITTEE, AS PLAN ADMINISTRATOR; VERIZON CALIFORNIA INC., AS PLAN SPONSOR OF THE VERIZON PENSION PLAN FOR ASSOCIATES; VERIZON CORPORATE SERVICES GROUP INC., AS PLAN SPONSOR OF THE VERIZON MANAGEMENT PENSION PLAN, AND STATE STREET GLOBAL ADVISORS TRUST CO.,

                               Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 08, 2026, Defendants' motions are granted. Plaintiffs have not asked to replead and, it would seem, a repleading would be futile. The case is dismissed; accordingly, the case is closed.

**Dated:** New York, New York

      January 12, 2026

                                                                          TAMMI M. HELLWIG
                                                                            Clerk of Court

                                                    BY:
                                                                            Deputy Clerk